UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ROBERT STANTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:20-cv-00036-RLY-MPB |
| ) | |
| MEDXCEL FACILITIES MANAGEMENT, ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |

# FINAL JUDGMENT

The court, having granted Defendant's Motion for Summary Judgment, now enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 28th day of October 2021.


Roger Sharpe, Clerk
United States District Court

_____
By: Deputy Clerk

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana


Distributed Electronically to Registered Counsel of Record.